**Order entered April 8, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00582-CV

## IN THE INTEREST OF S.W., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15911**

## ORDER

Before the Court is appellant's March 31, 2022 Second Motion for Judicial Notice. The motion is unopposed. We **GRANT** the motion in part. This Court will take judicial notice of two pleadings appellant filed in the district court on March 21, 2022: (1) Motion to Extend Post-Judgment Deadlines and (2) Motion for New Trial. The Court **DENIES** appellant's motion to take judicial notice of a third document titled "Motion to Modify, Correct or Reform Judgment; the Motion to Modify, Correct or Reform Judgment"; the document does not include a file stamp and the Court cannot verify that the document was filed in the district court.

The Court **ORDERS** appellant to file a status report regarding the trial court's rulings on her pending motions no later than May 20, 2022.

The Court **DIRECTS** the Clerk of this Court to send a copy of this order to the Honorable Carmen Rivera-Worley and all parties.

The Court **ABATES** this appeal to allow the trial court an opportunity to consider appellant's pending motions. This appeal will be reinstated in thirty days or when appellant files a supplemental clerk's record containing the trial court's order on her pending motions, whichever occurs sooner.


/s/    LANA MYERS
PRESIDING JUSTICE